Ready & Callaghan Coal Company, appellee, v. Town of Cicero et al., appellants. Gen. No. 32,148.

Opinion filed March 29, 1928. Rehearing denied April 17, 1928.
Edward J. Carmody and Thomas M. Zasadil, for appellants. Winters, Stevens, Risk & Griffith, for appellee; George M. Stevens, Julian Clay Risk and Melvin L. Griffith, of counsel.
Mr. Presiding Justice Taylor delivered the opinion of the court.

Western & Southern Life Insurance Company, appellant, v. George R. Bair, appellee. Gen. No. 32,210.

Opinion filed March 29, 1928.
Hoyne, O'Connor & Rubinkam, for appellant. Clarence A. Toolen, for appellee.
Mr. Presiding Justice Taylor delivered the opinion of the court.

The People of the State of Illinois ex rel. Katherine A. Patterson, appellee, v. Thomas L. Gregson et al., appellants. Gen. No. 32,234.

Opinion filed March 29, 1928.
Robert E. Crowe, State's Attorney, by William B. Walrath, Assistant State's Attorney, and Hayden N. Bell, for appellants. William Reeda and Charles E. Peace, for appellee.
Mr. Presiding Justice Taylor delivered the opinion of the court.

The People of the State of Illinois ex rel. John Edward Nohren, appellee, v. Thomas L. Gregson et al., appellants. Gen No. 32,236.

Opinion filed March 29, 1928.
Robert E. Crowe, State's Attorney, by William B. Walrath, Assistant State's Attorney, and Hayden N. Bell, for appellants. William Reeda, Charles E. Peace and Thomas P. Fitzpatrick, for appellee.
Mr. Presiding Justice Taylor delivered the opinion of the court.